JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOYD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUNBUTTER, LLC, <br><br> Defendant. | Case No.  CV 24-7873-GW-BFMx <br><br> **ORDER TO DISMISS** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that Plaintiffs' individual claims in this action shall be dismissed with prejudice and that the putative class action claims, if any, shall be dismissed without prejudice.

Each party is to bear its own attorneys' fees, expenses, and costs.

IT IS SO ORDERED.

Dated: March 7, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE